IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-02083-RPM-MJW

MARCUS HILLIARD,

    Plaintiff,

v.

CAPITAL MANAGEMENT SERVICES, INC., a New York corporation,

    Defendant.

## ORDER RE DEFENDANT'S MOTION TO CONTINUE SETTLEMENT CONFERENCE
( Docket no. 9 )

THE COURT, having read the foregoing Defendant's Motion to Continue Settlement Conference and being fully advised in the premises, hereby enters the following ORDER:

1.     The Settlement Conference set for January 16, 2007 is VACATED.

2.     The parties shall clear a new date with this Court's Clerk and promptly reset this matter for a telephonic Settlement Conference.

SO ORDERED this 16th day of January, 2007.

Hon. Michael J. Watanabe
U.S. Magistrate Judge
U.S. District Court
for the District of Colorado