## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02083-RPM-MJW

MARCUS HILLIARD,

       Plaintiff,

v.

CAPITAL MANAGEMENT SERVICES, INC., a New York corporation,

       Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with prejudice, with each party to pay his or its own attorney's fees and costs.

DATED: February 8th, 2007

       BY THE COURT:

       s/Richard P. Matsch

       _____
       U.S. DISTRICT JUDGE